**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Ezequiel VALENCIA–MERAZ,**
Defendant–Appellant.

No. 04–30353.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Byron G. Chatfield, USME–Office of the U.S. Attorney, Medford, OR, for Plaintiff–Appellee.

Craig E. Weinerman, Esq., Office of the Federal Public Defender, Eugene, OR, for Defendant–Appellant.

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

### MEMORANDUM **

Ezequiel Valencia–Meraz appeals from the 86–month sentence imposed following his guilty plea conviction of illegal reentry in violation of 18 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

■ Valencia–Meraz contends that his Fifth and Sixth amendment rights were violated by the district court's application of a 16–level enhancement based on a predicate offense that was not charged in the indictment or found by a jury beyond a reasonable doubt. He also contends that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is presumptively overruled by superseding case law.

We, however, reject these contentions. *See United States v. Von Brown,* 417 F.3d 1077, 1079 (9th Cir.2005) (per curiam) (deeming the categorization of a prior offense "a legal question, not a factual question"); *see also United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (holding that this court is bound to follow *Almendarez–Torres* even though it has been called into question, unless it is explicitly overruled by the Supreme Court).

■ However, as Valencia–Meraz was sentenced at a time when the Sentencing Guidelines were mandatory and they are now advisory, and his *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) contentions were preserved before the district court, we vacate and remand for further proceedings. *See United States v. Beng–Salazar,* 452 F.3d 1088, 1097 (9th Cir.2006).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we further remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

### VACATED and REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.